**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

RONALD L. WINDERS,

    Plaintiff,

-vs-                                                  Case No.  C-1-02-459

OHIO OPERATING ENGINEERS
FRINGE BENEFIT PROGRAMS

    Defendants.

---

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

The Report and Recommendation is Adopted. Defendant's Motion for Judgment is Granted and plaintiff's Motion for Judgment on the Record is Denied. Plaintiff's Complaint asserting two causes of action is Dismissed at plaintiff's cost. This case is Terminated on the docket of this Court.

Date:   March 8, 2004                                      JAMES BONINI., CLERK

                                                                   By:s/   Darlene Maury
                                                                     Darlene Maury, Deputy Clerk